# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### CIVIL MINUTES

| | | | |
|---|---|---|---|
| **Case Title :** | Felicidad Lopez Baniqued | **Case No :**<br>**Date :**<br>**Time :** | 14–32392 – D – 13G<br>04/28/2015<br>10:00 |

| | |
|---|---|
| **Matter :** | [23] – Motion/Application to Confirm Chapter 13 Plan Filed by Debtor Felicidad Lopez Baniqued (ltrf) |

| | | | |
|---|---|---|---|
| **Judge :**<br>**Department :** | Robert S. Bardwil<br>D | **Courtroom Deputy :**<br>**Reporter :** | Nancy Williams<br>NOT RECORDED |

**APPEARANCES for :**
**Movant(s) :**
**Respondent(s) :**


MOTION was :
Denied

The court will issue a minute order.

Final ruling:

The motion will be denied as moot. The debtor filed an amended plan on March 14, 2015, making this motion moot. As a result the court will deny the motion without prejudice by minute order. No appearance is necessary.