# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTES

| | | | |
|---|---|---|---|
| **Case Title :** | Felicidad Lopez Baniqued | **Case No :**<br>**Date :**<br>**Time :** | 14–32392 – D – 13G<br>05/26/2015<br>10:00 |

| | |
|---|---|
| **Matter :** | [42] – Motion/Application to Confirm Chapter 13 Plan [LGW–3] Filed by Debtor Felicidad Lopez Baniqued (rgaf) |

| | | | |
|---|---|---|---|
| **Judge :**<br>**Department :** | Robert S. Bardwil<br>D | **Courtroom Deputy :**<br>**Reporter :** | Nancy Williams<br>NOT RECORDED |

**APPEARANCES for :**
**Movant(s) :**
**Respondent(s) :**

MOTION was :
Denied

The court will issue a minute order.

Final ruling:

This is the debtor's motion to confirm an amended chapter 13 plan. The motion will be denied for the following reasons: (1) the "attached service list" referred to in the proof of service is not attached; thus, the court cannot determine whether all creditors were served, as required by Fed. R. Bankr. P. 2002(b), or whether they were served at the required addresses; (2) the moving party filed (a) the motion and memorandum of points and authorities, and (b) the notice of hearing and proof of service, as single documents rather than separately, as required by the LBR 9004–1(a) and the court's Revised Guidelines for the Preparation of Documents, Form EDC 2–901; and (3) the motion states that the dividend to general unsecured creditors will be 2.77% but the plan itself includes a 0% dividend.

As a result of these procedural defects, the motion will be denied and the court need not reach the issues raised by the trustee at this time. The motion will be denied by minute order. No appearance is necessary.