# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTE ORDER

| Case Title : | Felicidad Lopez Baniqued | Case No : | 14–32392 – D – 13G |
|---|---|---|---|
| | | Date : | 05/26/2015 |
| | | Time : | 10:00 |

| Matter : | [42] – Motion/Application to Confirm Chapter 13 Plan [LGW–3] Filed by Debtor Felicidad Lopez Baniqued (rgaf) |
|---|---|

| Judge : | Robert S. Bardwil | Courtroom Deputy : | Nancy Williams |
|---|---|---|---|
| Department : | D | Reporter : | NOT RECORDED |

**APPEARANCES for :**
**Movant(s) :**
**Respondent(s) :**

## CIVIL MINUTE ORDER

Findings of fact and/or conclusions of law are included in the court's minutes.

IT IS ORDERED that the motion is denied.

Dated: May 28, 2015

_____
Robert S. Bardwil, Judge
United States Bankruptcy Court