# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTES

| | | | |
|---|---|---|---|
| **Case Title :** | Felicidad Lopez Baniqued | **Case No :**<br>**Date :**<br>**Time :** | 14–32392 – D – 13G<br>06/09/2015<br>10:00 |
| **Matter :** | [58] – Objection to Debtor's Claim of Exemptions [RDG–3] Filed by Trustee Russell D. Greer (msam) | | |
| **Judge :**<br>**Department :** | Robert S. Bardwil<br>D | **Courtroom Deputy :**<br>**Reporter :** | Nancy Williams<br>NOT RECORDED |

**APPEARANCES for :**
**Movant(s) :**
**Respondent(s) :**


OBJECTION was :

The court will issue a minute order.

Final ruling:

This is the trustee's objection to the debtor's claim of exemptions. The basis of the objection is that the debtor failed to file a spousal waiver to allow her to use the exemptions provided by Cal. Code Civ. Proc. 703.140(b). On May 4, 2015, the debtor filed a spousal waiver in the correct form signed by the debtor and her spouse. As a result of the filing of the spousal waiver, the objection is moot. The objection will be overruled as moot by minute order. No appearance is necessary.