```
RUSSELL D. GREER
CHAPTER 13 STANDING TRUSTEE
P.O. BOX 3051
MODESTO, CALIFORNIA  95353-3051
TELEPHONE (209) 576-1954
```

RUSSELL D. GREER
CHAPTER 13 STANDING TRUSTEE
P.O. BOX 3051
MODESTO, CALIFORNIA  95353-3051
TELEPHONE (209) 576-1954

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>FELICIDAD LOPEZ BANIQUED<br><br><br><br>Debtor(s). | Case No.:   14-32392<br>D.C. No.:    RDG-4<br><br>CHAPTER 13<br><br>DECLARATION IN SUPPORT OF MOTION FOR ORDER OF DISMISSAL PURSUANT TO 11 U.S.C. SECTION 1307<br><br>DATE:    July 28, 2015<br>TIME:    10:30 AM<br>DEPT.:   D |

Leticia Macias, employee of Russell D. Greer, Chapter 13 Standing Trustee, declares as follows:

1. If called as a witness in this matter, I would testify from personal knowledge to the following.

2. If the Motion for Order of Dismissal is sought upon the grounds of unreasonable delay that is prejudicial to creditors, that the unreasonable delay consists of failure of the Debtor(s) to take some action and is prejudicial to creditors in that no payments are being received by them by reason of such delay.

3. That if the Motion for Order of Dismissal is sought upon the grounds of material default by the Debtor(s) with respect to the terms of a confirmed Plan (such as failure to make plan payments) that the Debtor(s) has/have defaulted thereunder and the default is material.

4. That if the Motion for Order of Dismissal is sought upon the grounds of failure to appear at a duly scheduled 341 Meeting of Creditors the Debtor(s) has/have failed to appear at a duly scheduled 341 Meeting and such appearance was required.

5. That if the Motion for Order of Dismissal is sought upon the grounds of the failure to make pre-confirmation required payments that there has been such a failure.

6. That with respect to any other grounds upon which the Motion for Order of Dismissal is sought, the Debtor(s) has/have, in fact, failed as regards the matters set forth therein.

7. As of  July 6, 2015 , the Debtor(s) is/are in default of their plan payments by $  N/A  ; the last payment having been received on  June 29, 2015 .

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 6, 2015                              /s/ Leticia Macias
                                                 Employee of
                                                 RUSSELL D. GREER,
                                                 CHAPTER 13 STANDING TRUSTEE